ACCEPTED
15-25-00209-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 2:08 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00209-CV**

IN THE COURT OF APPEALS

FOR THE FIFTEENTH DISTRICT OF TEXAS AT

AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/4/2025 2:08:46 PM
CHRISTOPHER A. PRINE
Clerk

IN RE TIKTOK INC., TIKTOK LTD.; TIKTOK PTE.;
TIKTOK U.S. DATA SECURITY INC.;
BYTEDANCE LTD.; AND BYTEDANCE, INC.,

RELATORS.

On Petition for Writ of Mandamus from the
250th Judicial District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-25-003118
Honorable Cory Liu, Presiding Judge

**MOTION FOR ADMISSION *PRO HAC VICE*
OF BRIAN W. BARNES**

Pursuant to Rule 19(b) of the Texas Supreme Court Rules Governing Admission

to the Bar of Texas, State of Texas, real-party in interest in this proceeding and Plaintiff

in the court below, by counsel, hereby respectfully moves for the admission of Brian

W. Barnes, *pro hac vice.* As grounds therefor, Plaintiff finds *pro hac vice* Applicant, Brian

W. Barnes, to be a reputable attorney and recommends that the Applicant be granted

permission to participate in the above-mentioned matter.

Brian W. Barnes will be associated with Richard McCutcheon from the Office of

the Attorney General of Texas. Mr. McCutcheon is authorized to practice law in the

1

State of Texas and became authorized to practice law in the State of Texas on February 8, 2024. Mr. McCutcheon is in good standing with the Texas Bar.

## PRAYER

For these reasons, the State asks this Court to grant this Motion for Pro Hac Vice Admission and allow Brian W. Barnes to appear before this Court in this proceeding until the conclusion of this case.

Dated: December 4, 2025

Respectfully submitted,

*/s/ Richard McCutcheon*
RICHARD MCCUTCHEON
Associate Attorney General
Texas Bar No. 24139547

OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Richard.McCutcheon@oag.texas.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on December 4, 2025.

*/s/ Richard McCutcheon*
Richard McCutcheon



EXHIBIT 1

# Board of Law Examiners

Appointed by the Supreme Court of Texas

December 02, 2025

Harrison Wells
Via: E-Mail

### Acknowledgment Letter
### Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Brian W Barnes**

**Case:  15-25-00209-CV**

**Texas court or body: Court of Appeals For the Fifteenth District of Texas at Austin**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

MAILING ADDRESS

Post Office Box 13486

Austin,Texas 78711-3486

TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300

WEBSITE: www.ble.texas.gov

STREET ADDRESS

205 West 14th Street, Ste.500

Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gessica Taddei on behalf of Richard McCutcheon
Bar No. 24139547
gtaddei@cooperkirk.com
Envelope ID: 108725397
Filing Code Description: Motion
Filing Description: MOTION FOR ADMISSION PRO HAC VICE OF BRIAN W. BARNES
Status as of 12/4/2025 3:31 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brandon Duke | | bduke@omm.com | 12/4/2025 2:08:46 PM | SENT |
| Trial Court | | 250.submission@traviscountytx.gov | 12/4/2025 2:08:46 PM | SENT |
| Adam Holtz | | adam.holtz@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Brian Barnes | | bbarnes@cooperkirk.com | 12/4/2025 2:08:46 PM | SENT |
| David Thompson | | dthompson@cooperkirk.com | 12/4/2025 2:08:46 PM | SENT |
| Adam Laxalt | | alaxalt@cooperkirk.com | 12/4/2025 2:08:46 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Hannah Campus | | hannah.campus@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Jerry Bergman | | jerry.bergman@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Calendar Litigation | | litigationcalendar@omm.com | 12/4/2025 2:08:46 PM | SENT |
| Megan Crowley | | mcrowley@cov.com | 12/4/2025 2:08:46 PM | SENT |
| Richard Mccutcheon | | richard.mccutcheon@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |
| Rebecca Hermann | | rebecca.herrmann@oag.texas.gov | 12/4/2025 2:08:46 PM | SENT |